UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LAMARR MONSON,<br><br>　　　Plaintiffs,<br><br>v.<br><br>JOAN GHOUGOIAN, *et al.*,<br><br>　　　Defendants. | Case No. 18-10638<br>Honorable Laurie J. Michelson<br>Magistrate Judge David R. Grand |

**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO COMPEL DEFENDANT CROCKETT TO RESPOND TO REQUESTS FOR ADMISSIONS, TO COMPEL THE CITY OF DETROIT TO PROVIDE RESPONSES TO PLAINTIFF'S MAY 5, 2020 SUBPOENA, AND TO IMPOSE SANCTIONS [191]**

In this § 1983 civil rights lawsuit, Plaintiff Monson alleges that former members of the Detroit Police Department violated his constitutional rights in connection with what he claims was a wrongful conviction. One of the remaining Defendants is Vincent Crockett. Plaintiff's Second Amended Complaint alleges that Crockett committed Constitutional violations when he detained and arrested Lamarr Monson without probable cause. The Second Amended Complaint also alleges that Crockett fabricated evidence when he coerced and intimidated a 14-year-old (Cynthia Stewart) into giving false, inculpatory testimony against Monson. Following Crockett's deposition, Monson served additional discovery requests on him. Monson has also served a subpoena on the City of Detroit for disciplinary information regarding Crockett. Plaintiff challenges the responses to this discovery, resulting in a motion to compel. The motion is fully briefed (ECF No. 191, 192, 196) and the Court heard oral argument on January 11, 2021.

For the reasons stated more fully on the record during the Court's oral ruling, Plaintiff's Motion to Compel Defendant Crockett to Respond to Requests for Admissions, to Compel the

2

City of Detroit to Provide Responses to Plaintiff's May 5, 2020 Subpoena, and to Impose Appropriate Sanctions (ECF No. 191) is GRANTED IN PART AND DENIED IN PART. Specifically, Plaintiff's request to compel Defendant Crockett to Respond to Requests for Admissions is DENIED. Plaintiff's request to compel the City of Detroit to Provide Responses to Plaintiff's May 5, 2020 Subpoena is GRANTED to the extent that the City is ORDERED to produce records of any disciplinary action taken against Crockett within fourteen days of the date of this Order. Plaintiff's request to impose appropriate sanctions is DENIED.

    SO ORDERED.

    Dated: January 11, 2021

                                      s/Laurie J. Michelson
                                      LAURIE J. MICHELSON
                                      UNITED STATES DISTRICT JUDGE