# INDEX
# MONSON'S MOTION FOR SUMMARY JUDGMENT

| EXHIBIT # | DESCRIPTION |
|---|---|
| 1 | Crockett Deposition Transcript |
| 2 | Crockett PCR |
| 3 | Crockett Criminal Trial Testimony |
| 4 | Crockett Responses to 2nd Set of Request to Admit |
| 5 | Crockett Responses to 1st Set of Request to Admit |
| 6 | Wilson Deposition Transcript |
| 7 | Wilson PCR |
| 8 | Wilson Responses to 1st Set of Req to Admit |
| 9 | Simon Deposition Transcript |
| 10 | Monson Preliminary Examination Transcript |
| 11 | Monson January 20, 1996, Constitutional Rights Certificate |
| 12 | Monson A.O.W. Report |
| 13 | Simon Criminal Trial Testimony |
| 14 | Monson January 20, 1996 Statement (Simon) |
| 15 | Monson January 20, 1996, Arrest/Fingerprint Card (Simon) |
| 16 | Simon Progress Notes |
| 17 | Simon Responses to 2nd Set of Request to Admit |

| | |
|---|---|
| 18 | Simon Investigator's Report |
| 19 | General Procedures, Arrest Defined, Bates # 007 |
| 20 | General Procedures, Arrest Without a Warrant, Bates # 008 |
| 21 | General Procedures, When Probable is Cause Required, Bates #008 |
| 22 | General Procedures, Reviewing Arrest, Bates # 009 |