Progress Note                                    Compl. Christina Brown

1-20-95 - R/c from Lt Rice. Witness Linda Woods B/F/ Kenneth Brown B/M/ Paris Thompson B/F/18 & Sharon Stovall to Homicide Unit on "Fatal Stabbing Compl. Christina Brown B/F/12

Def: Lamar Monson also to Unit. Mr. Monson use the name Marc Mason. Interview Mr. Monson gave different story on what happen out at Apartment. Compl was selling Dop for Mr. Monson. Def was also Compl's Boyfriend.
Mr. Monson stated he did not know Compl was only 12 years old. Def stated he did not stab Compl.
OIC Arrested Def Had him put up on the 9th Floor

1-21-95 - Def Monson gave statement to Sgt. Braxton. Def stated he did stab Compl. Type up Investigator's Report. Went to A.P.A. office. Warrant signed. Also Compl's mother Yolanda Brown to Homicide unit got statement.

1-22-96   Complete evidence to be taken to Lab.
  Also P/C from Compl's Mother Set up app for 1-23-96 advised w/ Mother

1-26-97 -  Completed Order Granting Discovery. Also Order 911 Tapes. Completed Drop

1-27-97   Subpoenas were delivered to witness (1) Linda Woods B/F at 2752 W. Boston #B6 &  witness Kenneth Brown at 3274 W. Boston.
  Also P/c to Compl's Mother Yolanda Brown Mrs. Brown was advised w/ Exam Date.

5-13-96  Type up Search Warrant to have Blood Taken from Def. LaMarr Munson P/c to Wayne County Jail T/T Lt. Robinson advised about Search Warrant for Blood.