# DETROIT POLICE DEPARTMENT — INVESTIGATOR'S REPORT

DATE: 1-21-96

| IN CUSTODY YES / NO | DEFENDANT'S NAME | ADDRESS WITH ZIP CODE | AGE | SEX | RACE | D.O.B. | IDENT. NO. |
|---|---|---|---|---|---|---|---|
| YES | 1. LA MARR MONSON | 2411 HIGHLAND | 22 | M | BLK | 1-31-72 | 504561 |
| | 2. | | | | | | |
| | 3. | JAN 21 1996  36 96-55982 | | | | | |
| | 4. | | | | | | |

OFFENSE (TO BE FILLED IN BY PROSECUTOR): 1st Degree Premeditated Murder Homicide

| TIME | DATE OF OFFENSE | PLACE OF OFFENSE | DATE OF COMPLAINT | COURT FILE NUMBER | JACKET NUMBER |
|---|---|---|---|---|---|
| UNK | 1-20-96 | 2752 W. BOSTON #A7 | 1-20-96 | | |

| COMPLAINANT'S NAME | ADDRESS WITH ZIP CODE | SEX | AGE | D.O.B. | RACE | RELATION TO DEF. |
|---|---|---|---|---|---|---|
| CHRISTNA BROWN | 2752 W. BOSTON # A7 | F | 12 | 6-3-83 | BLK | GIRLFRIEN |

OTHER PENDING CHARGES:

COMPLAINANT'S PHONE: NO PHONE

PERSON TO SIGN:

ASSISTANT PROSECUTING ATTORNEY: Karen M. [illegible] 43307

Description of Offense and Investigation; Include Date, Time and Circumstance of Arrest and Medical Attention administered to Officers, Defendants and Complainants. Continue on Page 2 if necessary.

**SUMMARRY:**

On January 20 1996 at approximately 2:10pm, Scout 10-7 manned by P.O.'s Jerome Wilson & Vincent Crockett responded to 2752 W. BOSTON #A7 concerning "A CUTING". Upon their arrival to the scene, the officer discovere COMPL. CHRISTNA BROWN lying on the bathroom floor suffering from multiple stab wounds to the neck and face. COMPL BROWN was conveyed to an area hospital where she was listed as dead on arrival. Later the body of COMPL. CHRISTNA BROWN was conveyed to the Wayne County Medical Examiner's office, Morgue File # 660-96.

**WITNESS:**

1. A REPRESENTATIVE OF THE WAYNE COUNTY MEDICAL EXAMINNER'S OFFICE, will testify that an autopsy was performed on the body of COMPL. BROWN and the cause of death was a reslt of multiple stab wounds. Morgue File # 660-96.

2. Yolanda Brown, will testify to indenitfy the body of COMPL. CHRISTNA BROWN at the Wayne County Medical Examiner's office. Morgue File # 660-96. And that COMPL. BROWN is her daughter.

2. Paris Thompson, will testify that COMPL. BROWN was selling drugs for DEF. MOSON and that on December 23, 1994 that someone rob the dope house and took the drugs from COMPL. BROWN and when DEF. MONSON found out that he threaten COMPL. CHRISTNA BROWN, DEF. MONSON told her" TO GET OUT ANND TO GET OUT OF HIS FACE BEFORE HE KILL HER.

(SIGNATURE OF INVESTIGATING OFFICER) INV. BARBARA SIMON ( HOMICIDE )

REVIEWED AND APPROVED BY (SIGNATURE OF COMMANDING OFFICER) LT. JOAN GHOUGOIAN (HOMICIDE) DISTRICT OR BUREAU

## WAYNE COUNTY PROSECUTING ATTORNEY'S RECOMMENDATION

☐ MISDEMEANOR  ☑ FELONY  IN CUSTODY? ☑ YES ☐ NO

PRECINCT (DETROIT): HOMICIDE SECTION

DATE: 1-21-96

I ☐ DENY ☑ RECOMMEND THE ISSUING OF A WARRANT AGAINST:

| NAME | ADDRESS | AGE | SEX | RACE | D.O.B. | IDENT. NO. |
|---|---|---|---|---|---|---|
| LA MARR MONSON | 2411 HIGHLAND | 23 | M | BLK | 1-31-72 | 504561 |

OFFENSE (TO BE FILLED IN BY PROSECUTOR): Homicide - 1st Degree Premeditated

SECTION (TO BE FILLED IN BY PROSECUTOR): MCL 750.211

TAPE NUMBER: 150.316
REFERENCE NO.:

DPD 467-B (10-77)                                                                           DPD 450-BE (Rev. 10-77)

**DETROIT DEPARTMENT POLICE**

## INVESTIGATOR'S REPORT SUPPLEMENT

Page 2

(Use Typewriter)

Name of Defendant #1 only: **LA MARR MONSON**

Offense No.

Date of Complaint: **January 20, 1996**

CONT:                                    DETAILS OF INVESTIGATION (Continued)

3. LINDA WOODS, will testify that about 7:30am on 01-20-96 that she heard DEF. LA MARR MONSON pull up to the apartment building inn his vehicle and that she got up and looked out of the window and that she saw DEF. MONSON come into the apartment building and that about forty-five minutes later she saw DEF. MONSON leave out of the apartment building in a hurry and that he jumped into his vehicle and drove off real fast. Ms. Woods will also testify that about 1:45pm or 2:00pm onn 01-20-96 that she was standing out side in front of the apartment building when DEF. MONNSON pulled up and that she ask him where was COMPL. CHRISTNA BROWN ? And that she told him that he apartment door was crack open and that she saw DEF. MONSON go in side of his apartment and a few minutes later he came runnning out and told someone to call 911. that COMPL. BROWN was lying in the bathroom in a pool of blood.

4. Kenneth Brown, will testify that DEF. MONNSON came to his apartment banging on his front door and told him to call EMS because his girlfriend COMPL. BROWN was lying on the floor. Mr. Brown will also testify that he went over to their apartment and that he saw COMPL. BROWN lying in a pool of blood.

5 & 6. P.O.'S Jerome Wilson, badge # 490 & Vincent Crockett badge # 1377 of the 10TH. PCT. will testify to respondinng to the scene, observinng COMPL. BROWN lying onn the bathroom floor suffering from multiple stab wounds. That they preserved the scene and made a report of their actions.

7. P.O. Paul Mark, of the ETU, will testify to responding to the scene where he performed his duties as an evidence technician and made a report of his actions.

8. SGT. Charles Braxton, of the HOMICIDE SECTION, will testify to giving DEF. MONSON his Constitutional Rights DEF. MONSON gave a statement in which he admitted to stabbing COMPL. BROWN.

9. INV. Barbara Simon, of the HOMICIDE SECTION, will testify to being the oficer in charge of the case and to arresting DEF. MONSON and to giving DEF. MONSON his Constitutional Rights.

LINEUPS/SHOWUPS: NONW
STATEMENT/CONFESSION: SEE DEF. MONSON STATEMENT.
EVIDENCE: SEE EVIDENCE LIST.

*Monk Moson PRO - went in found V w/ Throat Cut.*

# Wayne County Prosecutor's Office Witness List

The People of the State of Michigan

vs.

Circuit Court No. _____

Recorder's Court No. _____

Defendant: LA MARR MONSON

George L. Gish — Clerk of Recorder's Court
James Killeen — Wayne County Clerk
Attorney for Defendant: _____

The names and residences of the witnesses for the People in the above entitled cause are listed below. The witnesses the People intend to produce at trial, pursuant to MCLA 767.40a(3), are designated by an "X" in the boxes to the left.

| NAMES | RESIDENCES |
|---|---|
| RESPRESENTATIVE OF THE WAYNE COUNTY MEDICAL EXAMINER'S OFFICE | /OIC |
| YOLANDA BROWN | OIC |
| PARIS THOMPSON | OIC |
| LINDA WOODS | OIC |
| KENNETH BROWN | OIC |
| P..O. JEROME WILSON | 10TH PCT./OIC |
| P.O. VICENT CROCKETT | 10TH. PCT/OIC |
| P.O. PAUL MARK | ETU/OIC |
| SGT. CHARLES BRAXTON | HOMICIDE SECTION/OIC |
| INV. BARBARA SIMON | OIC/HOMICIDE |

(List next leave/furlough dates for all police witnesses)
(List phone numbers for all civilian witnesses)

Officer-In-charge of case: INV. BARBARA SIMON
OIC telephone Number: 596-2260
Police Department/Precinct/Section: HOMICIDE SECTION

Warrant APA _____ Date: _____
Trial APA-Final Witness List _____ Date: _____

(Original) Pink - Court (Copy #1) Green - Defense Attorney (Copy #2) Blue - Prosecutor (Copy #3) White - Police (Copy #4) Green - Defense Attorney