# INDEX
# PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

| EXHIBIT # | DESCRIPTION |
|---|---|
| 1 | Shellena Bentley Dep. Tr. |
| 2 | Twanna Crawford Dep. Tr. |
| 3 | Ken Brown Witness Statement |
| 4 | Lamarr Monson Affidavit |
| 5 | Robert Lewis Witness Statement |
| 6 | Scrutchin Dep Notice |
| 7 | DPD Lewis Arrest Records |
| 8 | Linda Woods Witness Statement |
| 9 | Laverne Gallant Dep Tr. |
| 10 | Miller Closing Argument |
| 11 | Paris Thompson Witness Statement |
| 12 | Yolanda Brown Witness Statement |
| 13 | Cynthia Stewart Dep Tr. |
| 14 | DPD Serology Report – Blood on Lid |
| 15 | Paul Mark Dep Tr. |
| 16 | Latent Print Check Forms (Lid) |
| 17 | Toilet Tank Lid Photo |

| | |
|---|---|
| 18 | Christina Brown Death Certificate |
| 19 | Ghougoian Dep. Tr. |
| 20 | 8.8.1997 Review Board Report |
| 21 | Means-Curtis Transcript |
| 22 | Braxton Dep. Tr. |
| 23 | Req for Latent Print Search – January 24, 1996 |
| 24 | Puckett-McCleary Dep. Tr. |
| 25 | Miller Comments to Judge |
| 26 | Req for Lab Svcs – Bates 0095 |
| 27 | Laboratory Analysis – Bates 0364 |
| 28 | Bright-Birnbaum Aff |
| 29 | Laboratory Examination Request – Sullivan |
| 30 | Sellenraad Communication Log |
| 31 | Sellenraad Worksheet |
| 32 | MSP-Sellenraad Record #1 |
| 33 | 911 - Request/Response for Recordings |
| 34 | 911 – Monson Photos and Cassettes |