**DETROIT DEPARTMENT POLICE**

## LABORATORY ANALYSIS

| LAB NO. | B96-0035 |
|---|---|
| LOCK SEAL NO. | |

| RECEIVED BY | DATE | TIME | DELIVERED BY | PRECT/SECT |
|---|---|---|---|---|
| S. Gawlik | 1-23-96 | 1:00 pm | Gallant/Fleming | Homicide |

| REFERENCE |
|---|
| Murder of: Christina Brown |

| CASE OFFICERS | PRECT/SECT | TECHNICIAN ASSIGNED | DATE STARTED | DATE COMPLETED | HOURS |
|---|---|---|---|---|---|
| Inv. B. Simon | Homicide | M. Scarpetta/P. Lytle | 3-28-96 | 5-15-96 | |

**ET# 242488** Taken from scene (bathroom tub) 2752 W. Boston Apt. A-7

    A.    One (1) cotton swab, bloodstained.
            PRELIMINARY TESTING: BLOOD: <u>Positive</u>

**ET# 242487** Taken from scene (bedroom floor) 2752 W. Boston Apt # A-7

    B.    One (1) cotton swab, bloodstained.
            PRELIMINARY TESTING: BLOOD: <u>Positive</u>

**ET# 248501** Taken from Olds-GBW 797, ETU Pen

    C.    One (1) piece of carpeting, grey-brown in color (approximately 2" x 3") was submitted with a suspected bloodstain.
            PRELIMINARY TESTING: BLOOD: <u>Negative</u> NOWD

**ET# 242479** Taken from scene (bedroom) 2752 W. Boston Apt # A-7

    D.    One (1) pair blue work pants ("Dickies" brand, size: 36W, 31L) was submitted. Numerous small tears/holes were observed. No suspected bloodstains were found. NOWD

**ET# 242482** Taken from scene (living room) 2752 W. Boston Apt. A-7

    E1.    One (1) soiled, braided black hair scrunchie. NWD

    E2.    One (1) soiled bra (Size:32) with black lace trim and multicolored floral patterns was submitted. Several small bloodstains were observed in the right cup.
             PRELIMINARY TESTING: BLOOD: <u>Positive</u> NOWD

DETROIT DEPARTMENT POLICE

## FORENSIC SERVICES DIVISION
## LABORATORY ANALYSIS

Page No. 2

LAB NO. B96-0035

- E3. One (1) pair very soiled white socks. NWD

- E4. One (1) pair soiled tan panties ("Corinna Fashions" brand, Size: Medium) was submitted heavily bloodstained and soiled in the crotch area.
  PRELIMINARY TESTING: BLOOD: Positive  ACID PHOSPHATASE: Negative  NOWD

- E5. One (1) very soiled white handkerchief. NWD

- E6. One (1) braided black belt, with the end broken off and missing. NWD

- E7. One (1) pair of men's sneakers ("Reebok" brand, Size: 7 1/2). NWD

- E8. One (1) soiled green/white windbreaker ("Patty's" brand) zippered front, drawcord waist was submitted with several stained areas, including several small suspected bloodstains.
  PRELIMINARY TESTING: BLOOD: Positive  NOWD
  *A suitable sample for DNA testing was removed by M. Scarpetta and stored at -70°C on 5-7-96.

- E9. One (1) pair soiled burgundy nylon windpants with suspected bloodstains on front and back of left leg.
  PRELIMINARY TESTING: BLOOD: Positive  NOWD
  *A suitable sample for DNA testing was removed by M. Scarpetta and stored at -70°C on 5-7-96.

**ET# 248510** Taken from Christina Brown at WCMEO

- G. One (1) tube of blood (EDTA) labeled "U.F. #4, 660". Bloodstains were prepared on 1-23-96 and stored at -20°C on 1-24-96 by S. Gawlik. NOWD

Note: On 2-12-96 at 12:05 p.m. Inv. Simon delivered the following item, received by P. Lytle:

**ET# 249048** Taken from f/o 2752 W. Boston

- F. One (1) pair soiled men's underwear ("Fruit of the loom" brand, Size: Large 38-40) was submitted with leaves and twigs adhering to it. Fecal and urine stains were observed.
  PRELIMINARY TESTING: ACID PHOSPHATASE: Negative  NOWD

DETROIT
DEPARTMENT
POLICE

## FORENSIC SERVICES DIVISION
## LABORATORY ANALYSIS

Page No. 3

LAB NO.
B96-0035

**Note:** On 5-14-96 at 11:25 am Inv. Simon delivered the following item, received by P. Lytle:

**ET# 261447** One (1) tube of blood (EDTA) labeled "Monson, Lamarr, 96-2072, 1-31-72". Bloodstains were prepared on 5-14-96 by P. Lytle and stored at -20°C on 5-15-96 by M. Scarpetta. NOWD

Key: NWD-No Work Done  NOWD-No Other Work Done

**Summary:** Blood was found on items A, B, E2, E4, E8, and E9.

*Marco Scarpetta, Ph.D.*
Sr. Forensic Serologist
Serology/Trace Evidence Unit
Forensic Services Division

*Paula Lytle*
Sr. Forensic Serologist
Serology/Trace Evidence Unit
Forensic Services Division



**FORENSIC SERVICES DIVISION**
**LABORATORY ANALYSIS**

Page No. 4

LAB NO. B96-0035

# DNA REPORT

**DATE:** June 12, 1996
**ANALYST:** M. Scarpetta
**LAB NUMBER:** B96-0035

The following items were analyzed for DNA types:

- E8    Windbreaker
- E9    Windpants
- G     Christina Brown, Reference Blood
- H     Lamarr Munson, Reference Blood

DNA types were obtained using the PCR (Taq polymerase chain reaction) amplification and allele typing of the HLA-DQα, the low density lipoprotein receptor (LDLR), glycophorin A (GYPA), hemoglobin G gammaglobin (HBGG), D7S8, group specific component (GC) and D1S80 loci. The types detected for each sample are listed below.

**DNA ANALYSIS DATA**

| ITEM | DESCRIPTION | HLA-DQ | LDLR | GYPA | HBGG | D7S8 | GC | D1S80 |
|---|---|---|---|---|---|---|---|---|
| E8 | Windbreaker | ND | ND | ND | ND | ND | ND | ND |
| E9 | Windpants | 1,2,4 | B | AB | AB | AB | BC | 20,21 |
| G | Christina Brown | 1,2,4 | B | AB | AB | AB | BC | 20,21 |
| H | Lamarr Munson | 1,2 | B | AB | A | AB | AC | 24,28 |

**KEY:** ND = Not Determined. DNA was of insufficient quantity or quality for the determination of DNA types.

Detroit's Corrected Resp to 1st Req. to Prod.
0368

JUL-02-1996 15:08    2242081    96%    P.02

07/02/96 15:04 FAX 2242091 DPD CRIME LAB ☎003
Case 2:18-cv-10638-LJM-DRG ECF No. 269-15, PageID.19929 Filed 08/11/22 Page 5 of 5

**DETROIT DEPARTMENT POLICE**

# FORENSIC SERVICES DIVISION
## LABORATORY ANALYSIS

Page No. 5

LAB NO. B96-0035

## DNA REPORT (CON'T)

### DNA ANALYSIS CONCLUSION

Christina Brown cannot be excluded as a source of the DNA obtained from the windpants (Item E9).

The probability of randomly selecting an unrelated individual with a DNA profile consistent with the windpants and the reference blood taken from Christina Brown in the U.S. African American, Caucasian and Hispanic population are as follows:

| Population Database | Frequency |
|---|---|
| African American | 1 in 160,000 |
| Caucasian | 1 in 1,100,000 |
| Hispanic | 1 in 1,100,000 |

Marco Scarpetta, Ph.D.
Sr. Forensic Serologist
Serology/Trace Evidence Unit
Forensic Services Division

Detroit's Corrected Resp to 1st Req. to Prod.
0369
JUL-02-1996 15:08