

**STATE OF MICHIGAN**
# DEPARTMENT OF STATE POLICE
FORENSIC SCIENCE DIVISION

Northville Forensic Laboratory
42145 W. Seven Mile Rd
Northville, MI 48167
(248) 380-1000
FAX (248) 380-1005

## LABORATORY REPORT

| | | | | | |
|---|---|---|---|---|---|
| Laboratory No. | : | MD16-5150 | Record No. | : | 1 |
| Investigating Ofcr. | : | Lance Sullivan | Date Received | : | September 27, 2016 |
| Agency | : | Detroit Police Department | Time Received | : | 1:38 p.m. |
| Agency No. | : | 0096011127 | Date Completed | : | October 12, 2016 |

**Nature of Offense:**

0900-1 - Murder/Nonnegligent Manslaughter

**Subjects / Known Impressions:**

Suspect : Lamarr Monson        B/M  DOB 01/31/1972  SID# 1841196X    Finger and Palm Impressions
Elimination : Robert Lewis        B/M  DOB 11/29/1953  SID# 0683598K FBI# 284271L1  Finger Impressions

**Evidence Received:**

Container #1        1 - Tape-sealed brown paper bag (DPD Tag #117324-1) containing:
   Item #1a             1 - White toilet tank lid (in pieces)
Container #2        1 - Tape-sealed manila envelope containing:
   Item #2a             Known palm impressions bearing the name Lamarr Monson
                       (Dated 09/27/2016)
Container #3        1 - Tape-sealed manila envelope (Red DPD Tag #E242491) containing:
   Item #3a             2 - Latent lifts

**Processing Results:**

The toilet tank lid (item #1a) was processed with seven latent fingerprints of comparison value being developed and photographed.

**Examination Results:**

The submitted latent lifts were examined with two latent fingerprints and one latent palm print of comparison value being observed.

The latent prints were compared with the known impressions available of the above listed subjects with the following conclusions:

   **Identifications:**

| Subject | # Latent Prints | Description | Identified |
|---|---|---|---|
| **Robert Lewis** | 2 Latent Fingerprints | From a submitted latent lift labeled "Toilet Tank Top 2 of 2" (item #3a) | Left Thumb (twice) |

**(Continued)**

*This report contains the conclusions, opinions, and/or interpretations of the laboratory analyst whose signature appears on this report. This analyst is qualified by education, training, and experience to perform this analysis and does so as part of his or her regular duties. The analysis was conducted in an MSP laboratory accredited under the ASCLD/LAB international testing program since July 26, 2012.*

*The relevant supporting data upon which the expert opinion or inference was made are available for review/inspection.*

| Laboratory No.: | MD16-5150 | Record No.: 1 | Date of Report: October 12, 2016 |
| Agency No.: | 0096011127 | | |

**Examination Results Continued:**

**Identifications Continued:**

| Subject | # Latent Prints | Description | Identified |
|---|---|---|---|
| **Robert Lewis** | 5 Latent Fingerprints | Developed on the smooth finished top side (exterior) of the toilet tank lid (item #1a) | Right Thumb, Left Thumb (twice) and Left Middle and Left Index Fingers |
| **Robert Lewis** | 2 Latent Fingerprints | Developed on the rough finished underside (interior) of the toilet tank lid (item #1a) | Left Index Finger (twice) |

**Inconclusive Conclusions:**

| Subject | # Latent Prints | Description | Inconclusive Reason |
|---|---|---|---|
| **Lamarr Monson** | 1 Latent Palm Print | From a submitted latent lift labeled "Toilet Tank Top 1 of 2" (item #3a) | Lack of sufficient quality and quantity of friction ridge detail available in the latent print |

The latent palm print was not compared to Robert Lewis as known palm impressions were not available for this subject.

**Automated Fingerprint Identification System (AFIS) / Next Generation Identification (NGI):**

The unidentified latent palm print is not of suitable quality for entry into Michigan's AFIS or the FBI's NGI.

**Remarks:**

There is one latent palm print of comparison value that remains unidentified on this case.

Michigan's Criminal Justice Information Center (CJIC) reports no known palm impressions on file for Robert Lewis. Additional comparisons to this subject will be made if fully rolled known palm impressions are submitted.

The latent lifts, photographs of the developed latent prints, and known impressions have been placed on file at this laboratory.

*Ashley Sellenraad*

Ashley Sellenraad
Forensic Scientist
Latent Print Unit
email: sellenraada@michigan.gov

October 12, 2016

cc: Krista Chludzinski, David McCreedy

*This report contains the conclusions, opinions, and/or interpretations of the laboratory analyst whose signature appears on this report. This analyst is qualified by education, training, and experience to perform this analysis and does so as part of his or her regular duties. The analysis was conducted in an MSP laboratory accredited under the ASCLD/LAB international testing program since July 26, 2012.*

*The relevant supporting data upon which the expert opinion or inference was made are available for review/inspection.*